```
JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
FAX: (559) 441-7115

Attorney for Defendant
MONICA SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR F 05-0471 OWW |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| vs | FOR RESETTING HEARING ON REPORT OF PROBATION OFFICER |
| MONICA SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND REQUESTED between Plaintiff, the United States, and the Defendant, that the dates for submission of objections and hearing on the report of the probation officer and sentencing be extended as follows:  RPO and Sentencing: from 10/10/06 to 11/6/06, at 9:00 am.  The parties agree that any delay resulting from this continuance should be excluded in the interest of justice, pursuant to 18 USC §§ 3161(h).

DATED: October 3, 2006          Respectfully submitted,

/s/James R. Homola
JAMES R. HOMOLA
Attorney for Defendant
Monica Sanchez

October 3, 2006          /s/ Kimberly Sanchez
By permission

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

```
                                KIMBERLY SANCHEZ
                                Assistant U.S. Attorney
```

\* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

**Dated:**   **October 3, 2006**          **/s/ Oliver W. Wanger**
           emm0d6UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111