```
1  JAMES R. HOMOLA #60244
   Attorney at Law
2  2950 Mariposa, Suite 250
   Fresno, California 93721
3  Telephone: (559) 441-7111
   FAX: (559) 441-7115
4
   Attorney for Defendant
5  MONICA SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No. CR F 05-0471 OWW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs | FOR RESETTING HEARING ON REPORT OF PROBATION OFFICER |
| MONICA SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND REQUESTED between Plaintiff, the United States, and the Defendant, that the dates for submission of objections and hearing on the report of the probation officer and sentencing be extended as follows:  RPO and Sentencing: from 11/6/06 to 12/11/06, at 1:30 pm.  The parties agree that any delay resulting from this continuance should be excluded in the interest of justice, pursuant to 18 USC §§ 3161(h).

DATED: October 31, 2006         Respectfully submitted,

                                /s/James R. Homola
                                JAMES R. HOMOLA
                                Attorney for Defendant
                                Monica Sanchez

      October 31, 2006          /s/ Kimberly Sanchez
                                By permission

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

```
                                    KIMBERLY SANCHEZ
                                    Assistant U.S. Attorney
```

                              * * * *

                              **ORDER**

      IT IS SO ORDERED.

**Dated:   November 7, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111