PROB12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**
**JUL 29 2009**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | MONICA SANCHEZ |
| **Docket Number:** | 1:05CR00471-02 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12/11/2006 |
| **Original Offense:** | 18 USC 4, Misprision of a Felony<br>(CLASS E FELONY) |
| **Original Sentence:** | 36 months probation; $100 special assessment; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) 6 months electronic monitoring/ home incarceration; 5) Aftercare co-payment; 6) Mental health treatment |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 12/11/2006 |
| **Assistant U.S. Attorney:** | Kimberly Sanchez      **Telephone:** (559) 499-5700 |
| **Defense Attorney:** | Federal Defender      **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| 11/05/2008: | Court approved no adverse action on Petition alleging two violations: Irregular Submission of Monthly Reports and New Law Violation. |

RE:   **MONICA SANCHEZ**
      Docket Number:   1:05CR00471-02 OWW
      PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall complete 100 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed by October 6, 2009.

**Justification:**   On June 23, 2009, the offender was convicted in Fresno County Superior Court (Docket No. M09915903) for a violation of California Vehicle Code 14601.1(a) and was sentenced to serve 180 days jail (all suspended except for 30 days). The offender qualified for the Fresno County work offender program and was ordered to pay $1,850 in fine fees. In addition, the offender's jail term was stayed until September 4, 2009. This violation comes after the undersigned filed a Form 12A1 Petition with the Court in October 2008, for similar conduct, wherein the offender drove her vehicle while her licensed was suspended and she failed to submit multiple monthly reports. The offender has shown improvement in submitting timely monthly supervision reports; however, her most recent conviction shows that she continues to disregard the law and she has been admonished by the undersigned for this conduct.

The offender's supervision will terminate on December 10, 2009, and considering the repeated conduct, the offender has agreed to perform community service for the above-mentioned violations. The undersigned informed the offender that her work offender program with Fresno County Jail, which will commence in September 2009, is not included in her community service for this violation. Based on the previous two violations, coupled with the new conduct and her time remaining on probation, the undersigned recommends community service as an appropriate sanction.

RE:   **MONICA SANCHEZ**
      Docket Number:   1:05CR00471-02 OWW
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

The offender is amenable to the requested modification of her conditions. A signed copy of the "Waiver of Hearing to Modify Conditions of Supervised Release" is attached for the Court's consideration.

Respectfully submitted,

/s/ Jack C. Roberson

**Jack C. Roberson**
**United States Probation Officer**
Telephone: (559) 499-5732

**DATED:**   July 15, 2009
             Fresno, California


**REVIEWED BY:**   /s/ Hubert J. Alvarez
                   **HUBERT J. ALVAREZ**
                   **Supervising United States Probation Officer**

RE:   MONICA SANCHEZ
      Docket Number:   1:05CR00471-02 OWW
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

### THE COURT ORDERS:

(X)   Modification approved as recommended.

( )   Modification not approved at this time. Probation Officer to contact Court.

( )   Other:

7-28-09
Date                                                      Signature of Judicial Officer

cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender